**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1495**

---

ESTER M. GUSTILO,

Plaintiff - Appellant,

versus

ROBERT BOSCH CORPORATION; JOE MASHING,

Defendants - Appellees,

MIKE CUTRELL; KAREN BRYAN; MARK LENTZ; YVONNE
MARTIN,

Defendants.

---

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  William B. Traxler, Jr., District
Judge.  (CA-96-261-2-21)

---

Submitted:  June 19, 1997            Decided:  July 1, 1997

---

Before WILKINS and MICHAEL, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ester M. Gustilo, Appellant Pro Se.  Cherie W. Blackburn, NELSON,
MULLINS, RILEY & SCARBOROUGH, Charleston, South Carolina, for
Appellees.

---

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting Appellees' motion for summary judgment in this action filed pursuant to the American with Disabilities Act (ADA), 42 U.S.C. § 12111(2)(a) (West 1995). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court, <u>Gustilo v. Robert Bosch Corp.</u>, No. CA-96-261-2-21 (D.S.C. Mar. 12 and 13, 1997), and deny Appellees' motion for sanctions against Appellant for damages, attorneys' fees and costs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2